AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

4645 A Street, S.E.
Washington, DC

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I     Daniel C. Sparks     being duly sworn depose and say:

I am a(n)     Special Agent, Federal Bureau of Investigation, (FBI)     and have reason to believe
                          (Official Title)

that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location):
4645 A Street, S.E. is a two story gray brick duplex style single family house. The numerals 4645 are black in color and are affixed to the front stoop of the residence. The front door is gray and the windows have black shutters. On January 10, 2007, your affiant observed an Isuzu Rodeo vehicle with D.C. registration CX 1393 in the driveway associated with this address. The vehicle is registered to CHRISTINE LINDSEY at 4645 A Street, S.E.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
**See Attached Affidavit**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**See Attached Affidavit**

concerning a violation of Title   18   United States Code, Section(s) 19(59) . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES    ☐ NO

Nancy B. Jackson
Assistant United States Attorney
(202) 307-0029

Signature of Affiant
Daniel C. Sparks, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence

at Washington, DC

Date

Name and Title of Judicial Officer

Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT FOR:

4645 A Street, S.E.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

## I. BACKGROUND AND EXPERIENCE

1.   I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice, and have been so employed since September 1990.  I am currently assigned to the Washington Metropolitan Field Office, Safe Streets Gang Homicide Unit. I have been the lead case agent investigating several long-term, gang-related enterprises which resulted in successful prosecutions of these organizations in the United States District Court for the District of Columbia.  These investigations include, <u>United States v. Tommy Edelin, et al.</u>, which was the first death penalty prosecution in the District of Columbia in over 30 years. Another was, <u>United States v. Kevin Gray, et al.</u>, which involved a total of 23 defendants charged with various crimes such as violations of the Racketeer Influenced and Corrupt Organizations (RICO) statute, racketeering conspiracy, operating a continuing criminal enterprise (CCE), and narcotics violations.  The two investigations involved a total of forty-six (46) separate murders.  Additionally, I have lectured at the FBI Academy in Quantico, Virginia on gang-related investigations and on the use of informants and cooperating witnesses. Furthermore, I have lectured at the University of Virginia School of Law as well as the National Advocacy Center in Columbia, South Carolina on the use of informants and cooperating witnesses.  In November of 2000, I taught a course on "Task Force Operations" to the National Police in Kiev, Ukraine.

2. I have received instruction and training from the FBI in homicide and narcotic related investigations. I have participated in over 100 narcotics-related investigations and participated in over 1,200 search warrants that have led to the arrests and convictions of numerous defendants.

3. Based upon my training, experience, and participation in narcotics and racketeering investigations, I have personal knowledge that:

a. Drug racketeers maintain books, records, receipts, notes, ledgers, airplane tickets, money orders, bank records, safety deposit box keys and other papers and items relating to the transportation, ordering, sale, and distribution of controlled substances. I know that the aforementioned items are generally maintained where the drug traffickers and racketeers can obtain ready access to them, in places such as their residences and/or the residences of girlfriends, relatives and/or associates.

b. Individuals involved in narcotics trafficking often own, possess and/or use weapons as a means to facilitate their illegal drug activities. Such weapons are most often secreted in their residence, or the residences of girlfriends or associates, or in the places of operation of the drug distribution activity, such as a stash house or safe house.

c. It is common for drug traffickers to use secure locations to secrete contraband, proceeds of drugs, records of drug transactions, as well as the addresses and telephone numbers of their associates in the drug trafficking organization. These secure locations are often times the homes of members of the conspiracy or of family members or intimate friends. This is so the leaders will have a location separate from the stored drugs to maintain their records concerning the source of supply, debts due to the conspiracy, and monies owed to the drug suppliers. Leaders will often use close associates or family members as "straw purchasers" when high dollar value items are purchased with illegal drug proceeds.

d. It is common for individuals who deal in the sale and distribution of illegal controlled substances, particularly heroin and cocaine, to secrete contraband related to those activities such as scales, razors, packaging materials, cutting agents, cooking utensils, microwave ovens, pots, dishes and other containers for preparing heroin, cocaine and other controlled substances for distribution, at their residences, or the residences of family members, friends or associates, in their business locations, or in the places of operation of the drug distribution activity, such as a stash house or safe house.

    e.      Individuals who deal in illegal controlled substances often take photos of themselves, their associates, their property and illegal contraband. These photos are usually maintained in their place of residence, or the residences of family members, friend or associates, in their business locations, or in the places of operation of the drug distribution activity, such as a stash house or safe house.

## II. LOCATION TO BE SEARCHED

This affidavit is being submitted in support of an application which seeks authorization to search

4645 A Street, S.E.

## III. DESCRIPTION OF PREMISES

4. 4645 A Street, S.E. is a two story gray brick duplex style single family house. The numerals 4645 are black in color and are affixed to the front stoop of the residence. The front door is gray and the windows have black shutters. On January 10, 2007, your affiant observed an Isuzu Rodeo vehicle with D.C. registration CX 1393 in the driveway associated with this address. The vehicle is registered to CHRISTINE LINDSEY at 4645 A Street, S.E.

## III. THE INVESTIGATION

5. This affidavit is based upon evidence and information that stems from the execution of a search warrant by your affiant on November 27, 2007, at 4511 B Street, S.E., resulting in the arrest of TIMOTHY JOHNSON who was living at that address. The affidavit is also based on a parallel investigation conducted by the Metropolitan Police Department (MPD) investigating domestic violence involving the same TIMOTHY JOHNSON. In the preparation of this affidavit your affiant has relied upon reports prepared by investigators and officers from the MPD and the opinion of a MPD Firearms Examiner. Because this affidavit is being submitted for the limited purpose of securing a search warrant, each and every fact known to your affiant concerning this

investigation is not set forth herein. Set forth herein are only the facts that your affiant believes are necessary to support a probable cause finding for the issuance of the requested search warrant.

      6. On November 27, 2007, your affiant was part of a team that executed a District of Columbia Superior Court search warrant at 4511 B Street, S.E., #101. TIMOTHY P. JOHNSON, DOB: August 1, 1981, was arrested after your affiant seized, among other things, over 100 grams of a mixture and substance containing PCP, over a pound of marijuana, approximately 5 grams of crack cocaine, approximately 24 grams of heroin, a .380 caliber Bersa pistol, .45 caliber ammunition, and body armor. The DEA laboratory results are still pending for the marijuana and the PCP, but both the marijuana and the PCP had the odor that, in your affiant's experience, is commonly associated with those substances. Additionally, both the marijuana and the PCP were packaged in a manner that, in your affiant's experience, is commonly associated with the distribution of those substances.

      7. On November 29, 2007, a grand jury sitting in Washington D.C. returned a three count indictment charging TIMOTHY P. JOHNSON with Unlawful Possession With Intent to Distribute 100 grams or More of Phencyclidine in violation of Title 21, United States Code, Sections 841 (a) (1) and 841 (b) (1) (A) (iv); Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense, in violation of Title 18, United States Code, Section 924 (c) (1) and Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of Title 18, United States Code, Section 922 (g)(1).

8. On January 10, 2008, your affiant learned of two parallel investigations of JOHNSON by the MPD concerning domestic violence charges and the execution of a search warrant at a former residence of JOHNSON, that is 5232 7th Street, N.W.

9. On August 24, 2006, the MPD executed a search warrant at 5232 7th Street, S.E. Among items seized was a SKS Assault Rifle, a box of .45 caliber ammunition and mail matter in the name of TIMOTHY P. JOHNSON. When JOHNSON was arrested by your affiant on November 27, 2007, his D.C. Driver's License listed his home address as 5232 7th Street, N.W.

10. With regard to the Domestic Violence investigation, JOHNSON has a child that was born on November 1, 2005. The mother of that child is DANIELLE EVANS who obtained a Court Order issued by the Superior Court of the District of Columbia preventing JOHNSON from having contact with her and their child. During those proceedings, EVANS sought the Court's assistance in the return of a camera to her that JOHNSON had been using. After receiving the camera from JOHNSON, EVANS had the film used by JOHNSON developed. The film contained pictures depicting JOHNSON posing with his infant child while they both held a Glock pistol and a Tec-9 type assault pistol. A MPD Firearms Examiner conducted an exhaustive review of enlarged photos of the aforementioned images and determined that at least one of the firearms is a real firearm. Each of the pictures depicting JOHNSON, and his infant child, appeared to be taken on the same grayish sofa with a blue wall in the background. The firearms depicted in those pictures have not been recovered.

11. On August 9, 2007, MPD Investigators LINDA KNIGHT, MARIA FLORES and LACHELLE GOOD briefly interviewed CHRISTINE LINDSEY at 4645 A Street, S.E. (TARGET RESIDENCE). LINDSEY confirmed that she was JOHNSON's aunt. During the

brief interview, the MPD Investigators observed a grayish colored couch and blue wall which appeared to be the same couch and wall in the photos of JOHNSON, his child and the firearms. Thus, the investigators concluded that the pictures of JOHNSON and his child posing with the firearms probably were taken inside this address. Investigators were unable to photograph the couch and wall on August 9, 2007, as they did not have a search warrant and the interview was brief, preventing a more thorough search and examination of the area. Your affiant has searched available indices and determined that a search warrant was never issued for 4645 A Street, S.E., based on the facts set forth in this affidavit.

Based on the foregoing your affiant submits that secreted within the confines of 4645 A Street, S.E., is evidence of the crimes of child endangerment, unlawful possession of firearms, conspiracy to distribute heroin, cocaine, and PCP as well as documents and other relevant evidence pertaining to the ongoing investigations. Furthermore, your affiant submits that 4645 A Street, S.E. is a crime scene where JOHNSON possessed a Glock pistol and Tec-9 type assault pistol which he displayed in photographs taken of himself and his infant child.

_____

_____  _____

DANIEL C. SPARKS
Special Agent
Federal Bureau of Investigation


Sworn to and subscribed before me
this _____ day of January 2008, the District of Columbia


_____
United States District Court Judge