AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

4645 A Street, SE
Washington, DC

**SEARCH WARRANT**

CASE NUMBER: 08 - 066 - M - 01

TO: __Daniel C. Sparks__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent, Daniel C. Sparks_ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location):

4645 A Street, SE, a two story gray brick duplex style single family house. The numerals 4645 are black in color and are affixed to the front stoop of the residence. The front door is gray and the windows have black shutters. On January 10, 2007, your affiant observed an Isuzu Rodeo vehicle with D.C. registration CX 1393 in the driveway associated with this address. The vehicle is registered to CHRISTINE LINDSEY at 4645 A Street, S.E.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attached Affidavit

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____**FEB 16 2008**_____
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

FEB 07 2008        10:03 a.m.
_____        at Washington, DC
Date and Time Issued
ALAN KAY
U.S. MAGISTRATE JUDGE
_____        _____
Name and Title of Judicial Officer        Signature of Judicial Officer

ALAN KAY
U.S. MAGISTRATE JUDGE

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2/7/2008 | 2/14/2008 7:10 A.m. | Christine Lindsey |

INVENTORY MADE IN THE PRESENCE OF
SAS Scott Turner, William Grover, Tom Ryan, Det. Steve Manley

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

See Attached Receipt (FD-597)

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_[signature: Daniel G. Sparks]_

FILED
FEB 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_[signature]_   2-14-2008
U.S. Judge or U.S. Magistrate Judge   Date

FD-597 (Rev 8-11-94)                                              Page  1  of  3

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # _____

On (date)  2/14/08           Entry: 7:10 AM    item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Christine Lindsey
(Street Address) 4645 A St SE
(City) WDC

Description of Item(s):
1) One black scale inside black plastic bag located by Det Garvey in top drawer of three drawer plastic stand in Rm A (Living Room).
2) One black plastic bag containing chunks of suspected crack crack cocaine + mirror with residue. Located by SA Grover in top drawer of dresser Rm D (Bedroom).
3) Two pages of names and telephone numbers located in TV console by SA Ryan Rm A.
4) Misc. pink ziploc baggies located in cabinet above refrigerator Room B (Kitchen).
5) One Hi-Point Firearms box for model C9 9mm Luger pistol from MKS Supply Inc. Located by SSA LeValley above dryer in utility Rm next to kitchen.
6) One Digital scale located by SA Grover in the bedroom closet Rm D.
7) One white plastic bag containing digital scale box, several bags + knife w/ residue (white) located by SA Ryan in Rm D.

Received By: _____(Signature)_____    Received From: Christine Lindsey (Signature)

FD-597 (Rev 8-11-94)                                                                                  Page 2 of 3

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) 2/14/08

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Christine Lindsey
(Street Address) 4645 A St SE
(City) WDC

Description of Item(s):

8) One Blue bag containing four (4) clear bags with suspected cocaine and two (2) black bags - one clear plastic bag with suspected powder cocaine and ripped bag w/ residue. One black bag with tissues. One (1) white bag with suspected crack cocaine located by SA Grover in closet of Rm D.

9) One (1) Health plan card in the name of Ricky Lindsey. One (1) Wash. D.C. ID card in name of Ricky Lindsey. One (1) Receipt in name of Ricky Lindsey all located in top drawer of dresser with TV on top by SA Fiorito Rm D.

10) One white plastic bag containing wrapper with duct tape w/ white powdery residue and misc. packaging material and box of baking soda located in closet in Rm D by SA Ryan.

11) One white plastic bag containing digital scale with white powdery residue + misc. packing and cutting agents located in closet Rm D by SA Ryan.

Received By: _____ (Signature)    Received From: Christine Lindsey (Signature)

FD-597 (Rev 8-11-94)                                                                                  Page 3 of 3

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) __2/14/08__

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) __Christina Lindsey__
(Street Address) __4645 A St SE__
(City) __WDC__

Description of Item(s):

(12) One Black bag containing UZI-Semi Automatic Pistol model B 9mm w/ obliterated serial numbers, Eight (8) magazines, ammunition and misc. gun parts located by SA Fiorito in closet Rm D.

(13) One Black bag containing Three (3) rifle magazines of which one is a 50 rd SKS magazine. Located by SA Fiorito behind TV ~~stand~~ DVDs in Rm D.

(14) Wallet containing ID of Ryan Lindsey located by SSA LaValley on corner end table Rm A (Living Rm).

(15) One Blackberry cell phone found on black jeans (size 33) in Rm D. by SA Ryan.

(16) One Black Handgun Holster found by SA Grover in closet of Rm D.

Received By: __Daniel G. Spahn__ (Signature)    Received From: __Christina Lindsey__ (Signature)